**Order entered December 17, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00814-CV

## IN RE CHRIS KILMER'S AND DEL RIO CONSTRUCTION SERVICES, Relators

**Original Proceeding from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85062**

## ORDER
Before Justices Osborne, Reichek and Browning

Before the Court is relators' September 8, 2020 petition for a writ of mandamus. We request that respondent, any additional interested party, and real party in interest file responses, if any, by **January 5, 2021**.

/s/ AMANDA L. REICHEK
   JUSTICE